**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
JUL 1 9 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| THE MONOTYPE CORPORATION, a Delaware corporation, | ) ) ) | |
| | ) | CASE NO. 02 C 3713 |
| Plaintiff, | ) | |
| v. | ) ) | Judge Nordberg |
| | ) | Magistrate Judge Geraldine Soat Brown |
| RED HAT, INC., a Delaware corporation, | ) ) | |
| | ) | **DOCKETED** |
| Defendant. | ) ) | JUL 2 3 2002 |

### AFFIDAVIT OF JOAN L. LONG

Joan L. Long, being first duly sworn, deposes and says:

1. I am an attorney with the firm of Mayer, Brown, Rowe & Maw, co-counsel for the Plaintiff. This affidavit is based on my personal knowledge except where otherwise indicated.

2. In addition to this action, the parties are involved in an action in the Eastern District of North Carolina relating to the same issues.

3. Exhibit 1, hereto, is a true and correct copy of an affidavit filed by Defendant Red Hat, Inc. in the North Carolina action.

4. Exhibits 2 and 3 attached hereto are true and correct copies of correspondence between the attorneys representing Defendant Monotype Corporation and Plaintiff Red Hat, Inc..

FURTHER AFFIANT SAYETH NOT.

Joan L. Long

SUBSCRIBED AND SWORN TO
before me this 19th day of June, 2002.

Notary Public

"OFFICIAL SEAL"
Teresita P. Aranda
Notary Public, State of Illinois
My Commission Exp. 06/07/2003

1143300.1 071902 1459C 02994907

14

# See Case File For Exhibits