# In The United States District Court
# for the Northern District of Illinois
# Eastern Division

**FILED SEP 11 2002**
JUDGE JOHN A. NORDBERG
UNITED STATES DISTRICT COURT

| | |
|---|---|
| THE MONOTYPE CORPORATION, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 02 C 3713 ) |
| RED HAT, INC., a Delaware corporation, | ) Judge Nordberg ) ) ) Magistrate Judge |
| Defendant. | ) Geraldine Soat Brown |

**DOCKETED SEP 13 2002**

## NOTICE OF EMERGENCY MOTION

To:  Jonathan D. Sasser
     Moore & Van Allen PLLC
     One Hannover Square
     Suite 1700
     Raleigh, North Carolina 27601

     Alan L. Unikel
     Christopher E. Paetsch
     Seyfarth Shaw
     55 East Monroe Street
     Chicago, Illinois 60603

Please take notice that on the 12th day of September, 2002, at 3:30 p.m., we will appear before the Honorable John A. Nordberg, United States District Judge, in Room 1801, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S EMERGENCY MOTION TO CLARIFY REFERRAL TO MAGISTRATE JUDGE**, a copy of which is attached.

_____
One of the attorneys for the movant

34

Paul F. Stack
STACK & FILPI CHARTERED
Suite 411
140 South Dearborn Street
Chicago, Illinois 60603-5298
(312) 782-0690

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Reply Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction to the following persons:

> Jonathan D. Sasser
> Moore & Van Allen PLLC
> One Hannover Square
> Suite 1700
> Raleigh, North Carolina 27601

by depositing a copy of such document in an envelope addressed as aforesaid, with proper first class postage prepaid, into a United States Postal Service receptacle at Chicago, Illinois, on or before the hour of 5:00 p.m. on the 11th of September, 2002, and by serving

> Alan L. Unikel
> Christopher E. Paetsch
> Seyfarth Shaw
> 55 East Monroe Street
> Chicago, Illinois 60603

by hand delivery on or before the hour of 2:00 p.m. on the 11th day of September, 2002.

_____
PAUL F. STACK

# In The United States District Court for the Northern District of Illinois Eastern Division

**FILED**
SEP 1 1 2002
JUDGE JOHN A. NORDBERG
UNITED STATES DISTRICT COURT

DOCKETED
SEP 1 3 2002

| | |
|---|---|
| THE MONOTYPE CORPORATION, a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | No. 02 C 3713 |
| ) | |
| RED HAT, INC., a Delaware corporation, ) ) ) | Judge Nordberg |
| Defendant. ) ) ) | Magistrate Judge Geraldine Soat Brown |

### PLAINTIFF'S EMERGENCY MOTION TO CLARIFY REFERRAL TO MAGISTRATE JUDGE

Now comes THE MONOTYPE CORPORATION, plaintiff herein, by its attorneys, PAUL F. STACK and ROBERT A. FILPI, and, moves this Honorable Court to clarify its order of referral in this proceeding to Magistrate Judge Geraldine Soat Brown. In support of this motion, movant states:

1. On August 14, 2002, this Honorable Court entered an order referring certain matters in the instant proceeding to Magistrate Judge Brown. A copy of the order is attached as Exhibit "A" hereto.

2. A minute order was entered on the same day reflecting the entry of this order of referral. A copy of the minute order is attached as Exhibit "B" hereto.



3. The minute order reflects the referral of the pending and fully briefed motion for preliminary injunction to Magistrate Judge Brown. However, the order of referral does not refer the motion for preliminary injunction to Magistrate Judge Brown.

4. Because of the discrepancy between the minute order and the referral order, Plaintiff does not know whether the motion for preliminary injunction has been referred to Magistrate Judge Brown. At a status hearing on September 11, 2002, Magistrate Judge Brown stated that the motion for preliminary injunction had not been referred to her.

5. Consideration of the plaintiff's motion for preliminary injunction, which has been pending for many weeks, is of utmost importance to plaintiff. The conduct of Defendant complained of in the motion for preliminary injunction continues unabated and is causing great and irreparable injury to Plaintiff.

WHEREFORE, Plaintiff moves for entry of an order clarifying whether the motion for preliminary injunction has been referred to Magistrate Judge Brown.

RESPECTFULLY SUBMITTED,

_____
One of the attorneys for Petitioner

Paul F. Stack
Robert A. Filpi
STACK & FILPI CHARTERED
Suite 411
140 South Dearborn Street
Chicago, Illinois 60603-5298
(312) 782-0690
(312) 782-0936 facsimile

-2-