

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604



**MICHAEL W. DOBBINS**
CLERK

312-435-5670

Monotype Corp, et al
-V-
Red Hat Inc.

Judge: Nordberg
02C3713

**FILED**
JAN 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ACKNOWLEDGMENT OF RECEIPT OF SEALED DOCUMENTS

Pursuant to the order of 8/1/02 by the Honorable John A. Nordberg, I acknowledge receipt of Document(s) numbered 90.

_____
Signature

1/30/07
Date

Jennifer Fredette
Print Name

Stack & Filpi, Chtd.
Firm

_____
Deputy Clerk

1-30-07
Date